**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**HONORABLE GREGORY D. PIZZO**

| | |
|---|---|
| **CASE NO.** 6:09-cr-106-ACC-CAB | **DATE:** 11/23/2026 |
| **TITLE:** USA v. Eugene Joseph Zajac | |
| **START & END TIME:** 2:41 – 2:58 | **TOTAL TIME:** 17 minutes |
| **Courtroom Deputy:** Octavia Jarnegan | |
| **Court Reporter/Digital:** Digital | **Interpreter/Language: N/A** |
| **Courtroom:** 12B | |
| **Counsel for Plaintiff(s):** Taylor Deffet, AUSA | |
| **Counsel for Defendant(s):** Ryan Maguire, AFD | |

**CLERK'S MINUTES**
**Initial Appearance - Violation of Supervised Release**

The case was called to order, and appearances were made.

Defendant advised of rights.
Defendant filed a Financial Affidavit, and the Court appointed the Office of the Federal Public Defender.
Preliminary hearing waived.

The Court summarizes the charges and penalties.

The Government seeks detention.
Defense requests a continuance of the detention hearing.
The Court grants the request and continues the detention hearing until Monday, November 30, 2026, at 11:00 a.m. in Courtroom 11A. The Court will enter a Temporary Detention Order pending the continued hearing.

Due Process issued by the Court.

Court is adjourned.